# EXHIBIT 6

item America

Discontinuance of Use of the item Brand at MB Kit Systems Inc.

Dear Eveline Nordhauss,

As our distribution agreement ends today and I would like to remind you on what has already been discussed. With the ending of the distribution agreement between item America LLC and MB Kit Systems Inc., the use of the item brand, the brand name item North America, item protected material and promotion of item needs to stop by the end of today February 28, 2017.

This check list is to help you to locate this use:

- The following **domains** cannot be linked with the MB Kit Systems Inc. Website: www.itemNA.com , www.itemnorthamerica.com, www.itemAmerica.com
  The domains can either be directed to www.item-northamerica.com, or to www.item24.us, or to a blank site.
  The domains can also not be used for any kind of promotion as part of email addresses (…@itemNA.com).
- Discontinue the use of **pictures, graphics and drawings** created by item in all media channels, business documents, platforms and networks. Immediately in all online media. For printed media change needs to be done for the next production.
- Deleting **videos** created by item or videos with protected item content published in all media channels especially, but not limited, on YouTube.
- **Wording** in all media, business documents, platforms and networks that describes a commercial relationship with item or distribution of components from item needs to be deleted.
- The Section *Linear Actuators, Belt-Driven* in the **Rockwell Automation Encompass Partner Network** needs to be changed. MB Kit is offering Linear Motion Solutions. The linear actuators are products from item and cannot be used as a part of the description. It needs to be sure, that the customer

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012

item America

understands, that MB Kit is offering customized linear motion solutions.
http://www.ab.com/db/encompass/bps_ext.prod_list_all_regs?x_cat_id=2732&x_co_id=13437

- Discontinue of use of protected and **registered names by item** for instance, but not limited, the word "Ergologistics".
- No promotion of the item and item North America brand as well as domains on any kind of **events**.
- **Sales and training materials** (for example presentations) with media material (pictures, drawings, videos) created and protected by item are not allowed to be used.

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012