# EXHIBIT 7

item America



MB Kit Systems Inc.
925 Glaser Pkwy
Akron, OH 44306
USA

1/8/2018

Dear Eveline Nordhauss,

We herewith inform you about changes of the current business terms between MB Kit Systems Inc. and item America LLC:

MB Kit Systems Inc. will not receive any further discounts from item America LLC and will pay the standard item America list price for all products from item, effective January 8, 2018.

The payment terms will not change as of right now: N60 10D 2%, with a credit limit of $ 650,000.00.

MB Kit Systems Inc. must return item America LLC all the following items by January 31, 2018, which item handed over to MB Kit Systems Inc. as a sales and marketing support:

- All Part Manager Dongles for Solid Edge
- All exhibits sent to MB Kit Systems Inc. within the past four years.  For instance, the TPS hand exhibit.
- All item Suitcases (Sample Suitcases, MB, Linear, D30, etc.)
- All item catalogs and brochures

Furthermore, item America LLC reminds MB Kit Systems Inc. to stop the use of the "item" brand and logo, as well as any media (photos, videos, graphics, drawings, sketches) created and owned by the item Industrietechnik GmbH or item America LLC by January 31, 2018.

For instance, but not limited, at any Rockwell Automation presents or publication, on the MB Kit Systems Inc. web/social media sites and in print media. MB Kit Systems Inc. is also not allowed to re-use any packaging material with the item logo on it.

item America LLC sees this as a final reminder. In case of disrespect, item America LLC will take further legal steps in consideration to protect the trademark rights of item.

Sincerely,

Philipp Herrmann
CFO,
Executive VP Sales & Marketing

Germain Dufossé
CEO

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012