# EXHIBIT 9

item America 

MB Kit Systems Inc.
925 Glaser Pkwy
Akron, OH 44306
USA

Subject: Checklist for item Content

01/25/2018

Dear Eveline Nordhauss,

This checklist below shows a variety of cases where item owned content is in use by MB Kit Systems Inc. Everything listed below needs to be eliminated to apply the discount communicated in the letter from January 22, 2018.

Please note, that this list could be incomplete and could miss certain cases of misuse of the item logo or item owned content. In general MB Kit System Inc. is responsible to ensure that all item owned content and logos are eliminated by January 31, 2018 as communicated in the letter of January 8, 2018.

Sincerely,

Philipp Herrmann
VP Sales & Marketing
CFO

## Checklist of item Content

| | | |
|---|---|---|
| 1. | item MB Building Kit Catalog: Reference, download request, promotion of the catalog (print and online) http://www.mbkitsystems.com/catalog.html | |
| 2. | Drawing of KLE http://www.mbkitsystems.com/catalog.html | |

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012

# item America



3. Elimination of all pictures and drawings
http://www.mbkitsystems.com/about-us/t-slotted-aluminum-profiles.html

4. Elimination of all drawings and photos
http://www.mbkitsystems.com/about-us/t-slot-nuts-fasteners.html

5. Eliminate Download Request for any item catalog
http://www.mbkitsystems.com/file-download-request.html?filename=/MB8-item-Catalog.pdf

6. Item North America TPS Video
https://www.facebook.com/MBKitSystems/videos/921918674496467/

7. Item North America Video
https://www.facebook.com/MBKitSystems/videos/921898164498518/

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012

item America

| | | |
|---|---|---|
| 8. | Eliminating any photo which shows an "item" logo on the MB Kit System Facebook Page https://www.facebook.com/pg/MBKitSystems/photos/?ref=page_internal | |
| 9. | Eliminating the GrayHouse Media item North America Video https://www.youtube.com/watch?v=wKO3-reB09c | |
| 10. | Eliminating the GrayHouse Media item North America Video https://www.youtube.com/watch?v=P0odQ54yy4g | |
| 11. | Eliminating all item North America LinkedIn Slide Shares https://www.slideshare.net/itemNorthAmerica?utm_campaign=profiletracking&utm_medium=sssite&utm_source=ssslideview | |
| 12. | Eliminating all content and the profile on Local Automation http://localautomation.com/profiles/item-north-america.html?tab=profile | |
| 13. | Eliminating all content and the profile on Indeed https://www.indeed.com/cmp/Item-North-America-2 | |



item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012

Page **3** of **4**

item America 

| | |
|---|---|
| 14. Eliminating all item photos, drawings, logos and content on the MB Kit Systems Inc. Blog http://www.mbkitsystems.com/news-events/blog/entry/item-north-america-makes-linear-motion-easy.html <br> Example: | |
| 15. Eliminating all item photos, drawings, logos and content on the MB Kit Systems Inc. Blog http://www.mbkitsystems.com/news-events/blog/blogger/admin.html <br> Example: | |
| 16. Paint the roof to cover the item logo |  |

item America, LLC
12105 Insurance Way
Hagerstown, MD 21740

Phone
+1 301 665 9772

Fax
+1 301 665 9775

E-Mail
sales@item24.us

Internet
www.item24us.com

06/2012